UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

ARTHUR LAMAR ADAMS AND
MADISON TIMBER PROPERTIES, LLC,

        Defendants,

Case No. 3:18-cv-252-DPJ-FKB

JURY DEMAND

### ORDER GRANTING PLAINTIFF'S MOTION TO SEAL THE RECORD
(FILED UNDER SEAL)

Plaintiff seeks an order pursuant to Local Rule 79(b) that the record in this matter, including the Complaint, Civil Cover Sheet, this motion, and all other documents filed by the SEC in this matter, be filed under seal pending the issuance and service of the Order requested by the SEC. The Order, among other things, requires ongoing securities fraud to cease and that all assets of the Defendants be frozen pending an accounting and further disposition by the Court. The SEC states that the order sealing the record will be temporary and that the SEC will move to unseal the record after service of the freeze Order is effected.

It appears that the public interest would be served in preserving funds of defrauded investors and preventing their dissipation and that permitting filing under seal for a brief period poses no genuine hardship.

THEREFORE, IT IS ORDERED THAT the record in this case, including the Complaint and Civil Cover Sheet, be kept under seal until further notice.

It is further ordered that the SEC shall provide the Court with weekly reports regarding the status of its efforts to perfect service. The reports may be docketed under seal.

SO ORDERED.

Date: 4-20-18

_____
UNITED STATES DISTRICT COURT JUDGE