UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>Defendants, | Case No. 3:18-CV-252-DPJ-FKB<br><br>(FILED UNDER SEAL) |



## PLAINTIFF'S FIRST REPORT TO THE COURT REGARDING STATUS OF EFFORTS TO PERFECT SERVICE OF ASSET FREEZE ORDER

In accordance with the Court's April 20, 2018 Order Granting Plaintiff's Motion to Seal the Record, Plaintiff, Securities and Exchange Commission (the "SEC"), files this first report to the court regarding the status of the SEC's efforts to perfect service of the Court's April 20, 2018 Consent Order Granting Permanent Injunction, Freezing Assets, Prohibiting Destruction of Documents and Expediting Discovery on entities and individuals with access to assets belonging to, or under

the control of, Defendants Arthur Lamar Adams and/or Madison Timber Properties, LLC.

The SEC represents to the Court that it has taken efforts to serve the asset freeze order on all banks known to have been used by Defendants, as well as some additional banks in the Madison, MS and Jackson, MS areas. The SEC has confirmed that the known banks received copies and implemented the freeze.

Out of an abundance of caution, the SEC respectfully requests that the Court extend the seal for one additional week, to allow service of the asset freeze order on additional local and selected national banks, as well as selected individuals. The SEC anticipates requesting that the Court lift the stay in its next weekly report.

Dated this 27th day of April, 2018.

Respectfully submitted,

s/ *W. Shawn Murnahan*
W. Shawn Murnahan
Senior Trial Counsel
Georgia Bar No. 529940
Tel: (404) 842-7669
Email: murnahanw@sec.gov

M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
Tel: (404) 842-7622
Email: loomism@sec.gov

Justin Delfino
Senior Counsel
Georgia Bar No. 570206
Tel: (404) 942-0698
Email: delfinoj@sec.gov

COUNSEL FOR PLAINTIFF
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA  30326-1382
Tel (main): (404) 842-7600
Fax: (703) 813-9364

OF COUNSEL

D. Michael Hurst, Jr.
United States Attorney

s/Kristi H. Johnson
Kristi H. Johnson
Assistant United States Attorney
MS Bar No. 102891

3

Marc Perez
Assistant United States Attorney
WA Bar No. 33907

Civil Division
United States Attorney's Office
Southern District of Mississippi
501 East Court Street, Suite 4-430
Jackson, MS 39201
Tel: (601) 973-2887
Fax: (601) 965-4409

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC, Defendants, | Case No. 3:18-CV-252-DPJ-FKB (FILED UNDER SEAL) |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a true and correct copy of the Plaintiff's First Report to the Court Regarding Status of Efforts to Perfect Service of Asset Freeze Order on John M. Colette, Esq., as counsel for Defendants, via email and by first class mail.

Dated this 27th day of April, 2018.

Respectfully submitted,

s/ *W. Shawn Murnahan*
W. Shawn Murnahan