UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.

ARTHUR LAMAR ADAMS AND
MADISON TIMBER PROPERTIES, LLC,

Defendants,

Case No. 3:18-CV-252-DPJ-FKB

(FILED UNDER SEAL)

## PLAINTIFF'S MOTION TO UNSEAL RECORD

Pursuant to Local Rule 79(b), Plaintiff, Securities and Exchange Commission (the "SEC"), files this Motion to Unseal the Record in this civil action.

As the Court is aware, the SEC requested that the record be sealed in order to allow the SEC time to serve the Court's Consent Order and Asset Freeze before news of the fraud had spread, creating risk of dissipation of assets. At this time, the SEC represents to the Court that it has taken all necessary efforts to serve the asset freeze order on banks and individuals associated with Defendants. In

addition, upon information and belief, the SEC understands that criminal charges against Defendants may be made public as soon as today.

Accordingly, there is no further need for the SEC's civil action to be sealed, and the seal should be lifted.

Dated this 1st day of May, 2018.

Respectfully submitted,

s/ *W. Shawn Murnahan*
W. Shawn Murnahan
Senior Trial Counsel
Georgia Bar No. 529940
Tel: (404) 842-7669
Email: murnahanw@sec.gov

M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
Tel: (404) 842-7622
Email: loomism@sec.gov

Justin Delfino
Senior Counsel
Georgia Bar No. 570206
Tel: (404) 942-0698
Email: delfinoj@sec.gov

COUNSEL FOR PLAINTIFF
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382
Tel (main): (404) 842-7600
Fax: (703) 813-9364

OF COUNSEL

D. Michael Hurst, Jr.
United States Attorney

s/Kristi H. Johnson
Kristi H. Johnson
Assistant United States Attorney
MS Bar No. 102891

Marc Perez
Assistant United States Attorney
WA Bar No. 33907

Civil Division
United States Attorney's Office
Southern District of Mississippi
501 East Court Street, Suite 4-430
Jackson, MS 39201
Tel: (601) 973-2887
Fax: (601) 965-4409

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>Defendants, | Case No. 3:18-CV-252-DPJ-FKB<br><br>(FILED UNDER SEAL) |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a true and correct copy of the Plaintiff's Motion to Unseal Record on John M. Colette, Esq., as counsel for Defendants, via email and by United Parcel Service.

Dated this 1st day of May, 2018.

Respectfully submitted,

*s/ W. Shawn Murnahan*
W. Shawn Murnahan