# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

      Plaintiff,

v.

**ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,**

      Defendants,

Case No. 3:18-CV-252-DPJ-FKB

## ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL RECORD

Plaintiff seeks an order lifting the seal previously put in place by this Court. Because the reasons for sealing the record have been resolved, the Court grants Plaintiff's motion. THEREFORE, IT IS ORDERED THAT the record in this case, including the Complaint, the Civil Cover Sheet, and all further docket entries, shall no longer be subject to seal.

SO ORDERED.

Date: 5/1/2018

                                          HON. KEITH BALL
                                          UNITED STATES MAGISTRATE JUDGE