

# JMC

## JOHN M. COLETTE & ASSOCIATES
### 501 South State Street
### Jackson, MS 39201

John M. Colette, ABCL, NACDL  
colettelawms@gmail.com

Sherwood A. Colette  
colettelawms@gmail.com

May 8, 2018

Honorable Dave Fulcher and Honorable Shawn Murnahan  
Email: dave.fulcher@usdoj.gov; MURNAHANW@sec.gov

*Re: Lamar Adams*

Gentlemen,

In reviewing the S.E.C. matter, it appears that a) the 2004 date is not supported by the documents we reviewed as the "fraud" really didn't get into full swing until 2011 and b) the defendant (MTP, LLC) listed was not in existence until 2012?

Also, there seems to be provisions whereby my client can petition the Court for money (seized) to pay his pro-rated portions of payments due on the following deals to protect his interest (albeit the government's interest) to-wit:

1) Oxford Springs, LLC................payment due May 2018..............$135,000.00
2) Mallard Park, LLC...................payment due May 2018..............$40,000.00
3) Delta Farmland, LLC................payment due June 2018.............$15,000.00
4) 707, LLC...............................payment due August 2018..........$4,000.00

The intent is to maximize recovery for the government and from what I understand, the Oxford Spring, LLC could be a huge return.

Will you handle this or do we need to get an attorney to Petition the Court?

Sincerely,

John M. Colette  
Attorney at Law

**EXHIBIT A**

Phone: (601)355-6277  
Fax: (601)355-6283  
www.colettelaw.com  
colettelawms@gmail.com  
Over 25 Years of Aggressive Criminal Defense  
P.O. Box 861  
Jackson, MS 39205