**Derek A. Henderson**
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com

Education:

University of Mississippi
Bachelor of Business Administration, 1981
Major - Accounting

University of Mississippi Law School
Juris Doctor, 1985

Employment:

| | |
|---|---|
| 1985 - 1986 | Law Clerk to Honorable Barney E. Eaton |
| | U.S. Bankruptcy Court for the Southern District of Mississippi |
| 1986 - 1987 | Law Clerk to Honorable Edward Ellington |
| | U.S. Bankruptcy Court for the Southern District of Mississippi |
| 1987 - 1994 | Partner |
| | Law Firm of Eaton & Henderson |
| 1994 to present | Solo Practioner |
| | Licensed to practice in all State and Federal Courts |

Bankruptcy Trustee:

1991 to present        Chapter 7 Bankruptcy Trustee for the Southern District of Mississippi

Affiliations:

Mississippi Bar Association
American Bankruptcy Institute
Mississippi Bankruptcy Conference, Inc.

Professional Experience:

Law practice mostly related to representation of parties involved in all aspects of commercial litigation, collections, foreclosures and bankruptcy proceedings. Representation of debtors, creditors, trustees, and committees. Serves as Chapter 7 and Chapter 11 Trustee. I have been involved in

hundreds of liquidations. Representation of plaintiffs and defendants in directors and officers litigation and professional malpractice claims. The clients that I provide services for on a daily basis are PriorityOne Bank, Whitney Bank and Hancock Bank.

The most recent Receivership proceedings in which I have been involved include (i) KiOR Columbus, LLC in Lowndes County, Mississippi. I served as receiver. The Chancellor was the Honorable Kenneth M. Burns; (ii) J.H. Haynes Electric Co. in Harrison County, Mississippi. I served as counsel to Hancock Bank (largest creditor). The Chancellor was the Honorable Sandford Steckler; (iii) Dissolution of The Grove Plantation in Adams County, Mississippi. The Chancellor was the Honorable E. Vincent Davis; and (iv) Four (4) Dissolutions including Ware Milling, Inc., Chickasaw Farm Services, Inc., Chickasaw Grain Transportation, Inc. and Ware Construction in Chickasaw County, Mississippi. I currently serve as the receiver in these four dissolution matters. The Chancellor is the Honorable Kenneth M. Burns.