AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-CV-00252-CWR-FKB |
| Arthur Lamar Adams and Madison Timber Properties | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission                                                              .

Date: 05/11/2018

s/W. Shawn Murnahan
*Attorney's signature*

W. Shawn Murnahan - GA Bar No. 529940
*Printed name and bar number*

Securities and Exchange Commission
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382
*Address*

murnahanw@sec.gov
*E-mail address*

(404) 842-7669
*Telephone number*

(703) 813-9364
*FAX number*