AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Securities and Exchange Commission<br>*Plaintiff*<br>v.<br>Arthur Lamar Adams, et al.<br>*Defendant* | )<br>)<br>)  Case No.   3:18-cv-252-DPJ-FKB<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiff, Securities and Exchange Commission

Date:    May 14, 2018

_____
*Attorney's signature*

M. Graham Loomis, Georgia Bar No. 457868
*Printed name and bar number*

Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, Suite 900
Atlanta, Georgia 30326
*Address*

loomism@sec.gov
*E-mail address*

404-842-7600
*Telephone number*

404-842-7666
*FAX number*