# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>     v.<br><br>ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC<br><br>     Defendants, | Civil Action No.<br>3:18 –cv-252-CWR-FKB |

## ENTRY OF APPEARANCE

David W. Mockbee of Mockbee Hall & Drake, P.A. hereby enters his appearance for and on behalf of the Intervenor, C. Delbert Hosemann, Jr., in his Official Capacity as Mississippi Secretary of State, in the above-styled and numbered action, and the undersigned counsel formally requests that he be served with any and all filings, pleadings, and papers filed in this matter.

This the 24th day of May, 2018.

            Respectfully Submitted,

            C. DELBERT HOSEMANN, JR., in his Official Capacity as MISSISSIPPI SECRETARY OF STATE

            By His Attorneys,

            MOCKBEE HALL & DRAKE, P.A.

     BY: */s/ David W. Mockbee*
            DAVID W. MOCKBEE, MSB #3396
            DAVID B. ELLIS, MSB #102926

1

MOCKBEE HALL & DRAKE, P.A.
Capital Towers, Suite 1820
125 South Congress Street
Jackson, MS 39201
(601) 353-0035 (phone)
(601) 353-0045 (fax)

## CERTIFICATE OF SERVICE

      I, David W. Mockbee, do hereby certify that on this date I electronically filed the foregoing document with the Clerk of this Court using the ECF system, which sent notification of this filing to all counsel of record.

      THIS the 24nd day of May, 2018.

                                           /s/ *David W. Mockbee*
                                           DAVID W. MOCKBEE