UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>                v.<br><br>ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC<br><br>                Defendants, | Civil Action No.<br>3:18 –cv-252-CWR-FKB |

**THE MISSISSIPPI SECRETARY OF STATE'S EMERGENCY
<u>MOTION RECOMMENDING A TEMPORARY RECEIVER</u>**

On May 10, 2018, the Securities and Exchange Commission (the "SEC") filed its Expedited Motion to Appoint Temporary Receiver. [Doc. 12]. On May 11, 2018, the Mississippi Secretary of State (the "Secretary") filed his Motion to Intervene for the Limited Purpose of Opposing the SEC's Expedited Motion to Appoint Temporary Receiver for the further limited purpose of recommending a second candidate. Having now been granted the right to intervene, the Secretary respectfully moves this Court to appoint Derek Henderson as the receiver in this matter, instead of the SEC's proffered candidate, because Derek Henderson, a local lawyer who has served as a neutral fiduciary for over thirty (30) years at the federal and state levels, would better serve the Court and the estate herein than Kenneth Dante Murena, a Miami, Florida, lawyer who has been appointed receiver only one time.

This the 24th day of May, 2018.

                        Respectfully Submitted,

C. DELBERT HOSEMANN, JR., in his Official Capacity as MISSISSIPPI SECRETARY OF STATE

By His Attorneys,

MOCKBEE HALL & DRAKE, P.A.

BY:    */s/ David W. Mockbee*
        DAVID W. MOCKBEE, MSB #3396
        DAVID B. ELLIS, MSB #102926

MOCKBEE HALL & DRAKE, P.A.
Capital Towers, Suite 1820
125 South Congress Street
Jackson, MS 39201
(601) 353-0035 (phone)
(601) 353-0045 (fax)
dmockbee@mhdlaw.com
dellis@mhdlaw.com

OF COUNSEL:

Jessica Leigh Long
Assistant Secretary of State
MSB #103316

Jeffrey L. Lee
Senior Attorney
MSB #103180

Office of the Mississippi Secretary of State
Securities Division
125 S. Congress Street
Jackson, MS 39201
(601) 359-1650 (phone)
(601) 359-9070 (fax)

## **CERTIFICATE OF SERVICE**

      I, David W. Mockbee, do hereby certify that on this date I electronically filed the foregoing document with the Clerk of this Court using the ECF system, which sent notification of this filing to all counsel of record.

      THIS the 24th day of May, 2018.

                                                          /s/ *David W. Mockbee*
                                                        DAVID W. MOCKBEE