## David Ellis

| | |
|---|---|
| From: | Jessica Long <Jessica.Long@sos.ms.gov> |
| Sent: | Thursday, May 24, 2018 11:35 AM |
| To: | David Ellis |
| Subject: | FW: Secretary of State investor complaint form/Motion to Appoint Derek Henderson Receiver |

**From:** Eddie Abdeen [mailto:eabdeenlaw@outlook.com]
**Sent:** Sunday, May 13, 2018 10:03 AM
**To:** Jessica Long <Jessica.Long@sos.ms.gov>
**Subject:** RE: Secretary of State investor complaint form/Motion to Appoint Derek Henderson Receiver

Ms. Long,

It has come to my attention that the Mississippi Secretary of State is seeking to have Derek Henderson appointed as the receiver in relation to Mr. Adams and his affiliated companies and that the SEC has a competing motion to have a person from Florida appointed.

As counsel to one of the victims of the scheme of Mr. Adams and those affiliated with him, Highway 22, LLC, a Mississippi limited liability company, I respectfully request that your office aggressively advocate for the appointment of Mr. Henderson.

Mr. Henderson, a long standing Mississippi resident, has practiced in the receivership/bankruptcy practice area for decades and has successfully recovered monies for victims of wrongdoing including in the Andrew Jackson Life Insurance Company case (that included him taking on one of the most powerful law firms in the state).

Simply put, Mr. Henderson will follow the evidence wherever it leads and do what it takes to maximize any recovery for the victims. Given his proven track record and the connection of the scheme to Mississipp, Mr. Henderson, not a person from Florida, should be the one appointed by the Court.

I have a busy week next week (including depositions on Monday and Tuesday). However, I anticipate having the complaint form completed by Wednesday and, in addition to the completed form, will submit any additional pertinent documents at that time as well.

Best regards,

Eddie Abdeen

Abdeen Law, PLLC
P.O. Box 2134
Madison, MS  39130
Ph: 601.898.7972
Cell: 601.624.3668
Fax: 601.427.0040
eabdeenlaw@outlook.com



EXHIBIT B