UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_Northern_ DIVISION

Securities & Exchange Commission         PLAINTIFF(S)

v.                CIVIL ACTION NO. 3:18 cv 252 CWR-FKB

Arthur Lamar Adams, et al         DEFENDANT(S)

## Hosemann's
### EXHIBIT LIST

| NO. | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| 1. | Derek Henderson's Resume | | | |
| 2. | 5/13/18 Letter from Eddie Abdeen | | | |
| 3. | 5/14/18 Letter from Richard Lingle | | | |
| 4. | 4/30/13 Moreno Billing Statement from SEC v. Price, 1:12cv2296 | | | |
| 5. | 1/13/10 Moreno Billing Statement from SEC v. Healy | | | |