## David Ellis

| | |
|---|---|
| From: | Jessica Long <Jessica.Long@sos.ms.gov> |
| Sent: | Thursday, May 24, 2018 11:35 AM |
| To: | David Ellis |
| Subject: | FW: Secretary of State investor complaint form/Motion to Appoint Derek Henderson Receiver |

From: Eddie Abdeen [mailto:eabdeenlaw@outlook.com]
Sent: Sunday, May 13, 2018 10:03 AM
To: Jessica Long <Jessica.Long@sos.ms.gov>
Subject: RE: Secretary of State investor complaint form/Motion to Appoint Derek Henderson Receiver

Ms. Long,

It has come to my attention that the Mississippi Secretary of State is seeking to have Derek Henderson appointed as the receiver in relation to Mr. Adams and his affiliated companies and that the SEC has a competing motion to have a person from Florida appointed.

As counsel to one of the victims of the scheme of Mr. Adams and those affiliated with him, Highway 22, LLC, a Mississippi limited liability company, I respectfully request that your office aggressively advocate for the appointment of Mr. Henderson.

Mr. Henderson, a long standing Mississippi resident, has practiced in the receivership/bankruptcy practice area for decades and has successfully recovered monies for victims of wrongdoing including in the Andrew Jackson Life Insurance Company case (that included him taking on one of the most powerful law firms in the state).

Simply put, Mr. Henderson will follow the evidence wherever it leads and do what it takes to maximize any recovery for the victims. Given his proven track record and the connection of the scheme to Mississipp, Mr. Henderson, not a person from Florida, should be the one appointed by the Court.

I have a busy week next week (including depositions on Monday and Tuesday). However, I anticipate having the complaint form completed by Wednesday and, in addition to the completed form, will submit any additional pertinent documents at that time as well.

Best regards,

Eddie Abdeen

Abdeen Law, PLLC
P.O. Box 2134
Madison, MS  39130
Ph: 601.898.7972
Cell: 601.624.3668
Fax: 601.427.0040
eabdeenlaw@outlook.com



EXHIBIT 2

---

CONFIDENTIAL: This message (including any attachments) contains information from the law firm of Abdeen Law, PLLC which may be privileged, confidential or otherwise protected from disclosure under applicable law. The information is intended to be for the addressee only. If you are not the addressee, or if you have received this message in error, any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this message in error, please notify us immediately by reply email or telephone (601.898.7972) and destroy the original message and all attachments without retaining any copies. Thank you.

**From:** Jessica Long <Jessica.Long@sos.ms.gov>
**Sent:** Thursday, May 10, 2018 9:07 PM
**To:** 'eabdeenlaw@outlook.com' <eabdeenlaw@outlook.com>
**Subject:** Secretary of State investor complaint form

Copies of any documents you can share with us such as a prospectus, subscription agreement, deed, etc., would also be appreciated.

I'll pull the Reg. D info and sent it along asap.

Jessica Leigh Long
*Assistant Secretary of State*
*Securities Division*

Mississippi Secretary of State's Office
125 S. Congress Street
Post Office Box 136
Jackson, Mississippi 39205-0136
O: (601) 359-1650
F: (601) 359-9070
Jessica.Long@sos.ms.gov

---

The information contained in this email is not an official opinion. You should not consider anything in this email from the Mississippi Secretary of State's Office to be legal advice.

The information contained in this email and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachments for any purpose, nor disclose all or any part of the contents to any other person.

---

The information contained in this email is not an official opinion. You should not consider anything in this email from the Mississippi Secretary of State's Office to be legal advice.

The information contained in this email and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachments for any purpose, nor disclose all or any part of the contents to any other person.

EXHIBIT NO. DH-2
CAUSE NO. 3:18cv252
WITNESS Evid.
CLERK JOYCE SMITH

MAY 25 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
G. Morris, REPORTER