# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, |  |
| Plaintiff, |  |
| v. | Case No. |
| ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC, | 3:18-cv-252-CWR-FKB |
| Defendants, |  |

## UNOPPOSED MOTION FOR ORDER IMPOSING INTERIM RELIEF PENDING APPOINTMENT OF A TEMPORARY RECEIVER

Plaintiff Securities and Exchange Commission ("Commission") files this

Unopposed Motion for entry of an order providing interim relief to preserve the

potential receivership estate in this matter pending the Court's appointment of a

temporary receiver.  The proposed order will, among other things, stay all third party

litigation against the defendants and prevent third parties from taking any actions that

might damage or diminish any assets of the defendants.  The order also specifically

addresses the concerns raised at the May 25, 2018, hearing in this matter from

counsel for Delta Farm Land Investments LLC ("DFLI"), a Mississippi limited

liability company in which Defendant Arthur Lamar Adams owns a one-third interest, regarding the need for that entity to make payments and enter into certain agreements pending the appointment of a temporary receiver.

Counsel for the Commission has consulted counsel for the Defendants, counsel for DFLI (Collier Graham, Esq.), and counsel for the Secretary of the State of Mississippi, and has been advised that each consents to the entry of the proposed order, which the Commission is emailing to the Court's chambers.

Dated this 5th day of June, 2018.

Respectfully submitted,

*s/ W. Shawn Murnahan*
W. Shawn Murnahan
Senior Trial Counsel
Georgia Bar No. 529940
Tel: (404) 842-7669
Email: murnahanw@sec.gov

M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
Tel: (404) 842-7622
Email: loomism@sec.gov

Justin Delfino
Senior Counsel
Georgia Bar No. 570206
Tel: (404) 942-0698
Email: delfinoj@sec.gov

COUNSEL FOR PLAINTIFF
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA  30326-1382
Tel (main): (404) 842-7600
Fax: (404) 8842-7666

OF COUNSEL

D. Michael Hurst, Jr.
United States Attorney

*s/Kristi H. Johnson*
Kristi H. Johnson
Assistant United States Attorney
MS Bar No. 102891

Marc Perez
Assistant United States Attorney
WA Bar No. 33907

Civil Division
United States Attorney's Office
Southern District of Mississippi
501 East Court Street, Suite 4-430
Jackson, MS 39201
Tel: (601) 973-2887
Fax: (601) 965-4409

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

              v.                        **Case No. 3:18-CV-252-
CWR -FKB**

ARTHUR LAMAR ADAMS AND
MADISON TIMBER PROPERTIES, LLC,

                Defendants,

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I filed the Plaintiff's Unopposed Motion for

Order Imposing Interim Relief Pending Appointment of a Temporary Receiver

Via the Court's ECF system, which will provide copies to all counsel of record.  I

also served a copy of same to Collier Graham, Esq., counsel for Delta Farm Land

Investments LLC, via email.

Dated this 5th day of June, 2018.

                              Respectfully submitted,

                              *s/ W. Shawn Murnahan*
                              W. Shawn Murnahan