UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPI
NORTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiffs,

       v.

ARTHUR LAMAR ADAMS AND
MADISON TIMBER PROPERTIES, LLC,

            Defendants.

CIVIL ACTION NO.:
3:18-cv-252-CWR-FKB

## APPEARANCE OF RECEIVER

To:    The Clerk of Court and all parties of record

The case involves a multi-million dollar Ponzi scheme that defrauded hundreds of investors. The ill-gotten gains of that scheme now reside in Defendants' estates. The Court appointed me Receiver to manage what is now the Receivership Estate. See Docket No. 33.

I file this notice of appearance in order to receive CM/ECF notification of future filings in this case so that I may participate as circumstances require.

Respectfully submitted,

Date:  July 10, 2018

                */s/ Alysson Mills*

Alysson Mills, Miss. Bar No. 102861
Fishman Haygood, LLP
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
Telephone: 504-586-5253
Fax: 504-586-5250
amills@fishmanhaygood.com
*Receiver*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

Date:   July 10, 2018

_____*/s/ Alysson Mills*_____

Alysson Mills, Miss. Bar No. 102861