# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,**<br><br>Defendants, | **Case No. 3:18-CV-252-CWR-FKB** |

## PLAINTIFF'S RESPONSE TO RECEIVER'S STATUS REPORT

Plaintiff Securities and Exchange Commission ("SEC") files this Response to the August 21, 2018 Status Report filed by Receiver Alysson Mills [Dkt. No. 36].

In her Status Report, the Receiver recommends, among other things, that the Court permit her to continue her investigation and continue to administer the receivership estate. The SEC supports maintaining the receivership as set forth in the Receiver's Status Report. The SEC also does not object to the changes proposed by the Receiver to the Order Appointing Receiver [Dkt. No. 33].

Dated this 22d day of August, 2018.

                                                 Respectfully submitted,

s/ *W. Shawn Murnahan*
W. Shawn Murnahan
Senior Trial Counsel
Georgia Bar No. 529940
Tel: (404) 842-7669
Email: murnahanw@sec.gov

M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
Tel: (404) 842-7622
Email: loomism@sec.gov

Justin Delfino
Senior Counsel
Georgia Bar No. 570206
Tel: (404) 942-0698
Email: delfinoj@sec.gov

COUNSEL FOR PLAINTIFF
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382
Tel (main): (404) 842-7600
Fax: (703) 813-9364

OF COUNSEL

D. Michael Hurst, Jr.
United States Attorney

*s/Kristi H. Johnson*
Kristi H. Johnson
Assistant United States Attorney
MS Bar No. 102891

Marc Perez
Assistant United States Attorney
WA Bar No. 33907

Civil Division
United States Attorney's Office
Southern District of Mississippi
501 East Court Street, Suite 4-430
Jackson, MS 39201
Tel: (601) 973-2887
Fax: (601) 965-4409

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

       Plaintiff,

    v.

**ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,**

       Defendants,

Case No. 3:18-CV-252-CWR-FKB

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I served a true and correct copy of the Plaintiff's Response to Receiver's Status Report via the CM/ECF system, which will send notice of such filing to counsel of record.

Respectfully submitted,

s/ *W. Shawn Murnahan*
W. Shawn Murnahan