

_____

No. 3:18-CV-252-CWR-FKB

SECURITIES & EXCHANGE COMMISSION,

*Plaintiff,*

v.

ARTHUR LAMAR ADAMS, *et al.*,

*Defendants.*

_____

ORDER CONTINUING RECEIVERSHIP

_____

Before CARLTON W. REEVES, *District Judge*.

On June 22, 2018, this Court appointed Alysson Mills to serve as Receiver of the estates of Arthur Lamar Adams and Madison Timber Properties (the "Receivership Estate") and instructed her to file a report of her preliminary findings and recommendations within 60 days. Docket No. 33.

The Court has now received the Receiver's Report. The Court accepts the recommendation that Ms. Mills continue her investigation and administer the Receivership Estate as recommended, reporting to the Court at a minimum every 60 days.

The Court further accepts the recommendation, to which the Securities & Exchange Commission does not object, that the Court amend its order of appointment to permit the Receiver to commence litigation against third parties without the prior approval of the Court, for the reasons stated in the Receiver's Report.

Accordingly, the Court's order of appointment, Docket No. 33, is amended in the following respects:

- at page 7, paragraph (3), the language "with prior approval of this Court upon ex parte request" is stricken; and
- at page 9, paragraph (16), the language "following this Court's approval upon ex parte request" is stricken.

The order of appointment shall in all other respects remain the same.

SO ORDERED, this the 22nd day of August, 2018.

s/ CARLTON W. REEVES  
*United States District Judge*