

_____

No. 3:18-CV-252-CWR-FKB

SECURITIES & EXCHANGE COMMISSION,

                                                                                 *Plaintiff*,

v.

ARTHUR LAMAR ADAMS, *et al.*,

                                                                      *Defendants*.

_____

ORDER REGARDING CONTEMPT HEARING

_____

Before CARLTON W. REEVES, *District Judge*.

On August 21, 2018, the Receiver notified the Court and the parties that a member of KAPA Breeze, LLC "has been paying himself out of the LLC's account, in direct violation of the Court's order unfreezing the account so that it could be used in the ordinary course of business." Docket No. 36 at 16 (footnote omitted).

By Wednesday, August 29, 2018, the Receiver is requested to state whether the member of KAPA Breeze has repaid the

funds in question. If he has not, the Court will set an evidentiary hearing for early September to consider whether this person should be held in civil contempt. *See Sec. & Exch. Comm'n v. Faulkner*, No. 3:16-CV-1735-D, 2018 WL 888910, at *3 (N.D. Tex. Feb. 13, 2018).

SO ORDERED, this the 24th day of August, 2018.

s/ CARLTON W. REEVES
*United States District Judge*
