IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

ORDER ASSIGNING RELATED CASES

IN ACCORDANCE with (1) Section IX, Paragraph D of this Court's Internal Rule 1, as amended effective April 1, 2018, and (2) that certain Order [44] entered in *Securities and Exchange Commission v. Arthur Lamar Adams*, Case No. 3:18-cv-00252 CWR-FKB on the docket of this Court, the undersigned orders that all future cases filed by the duly appointed Receiver in said case or which otherwise arise out of or relate to said case shall be directly assigned by the Clerk of Court to U. S. District Judge Carlton W. Reeves and U. S. Magistrate Judge F. Keith Ball.

IT IS FURTHER ORDERED that the Receiver or any other party or attorneys filing such a related case shall (1) note on the civil cover sheet that the new case is related to Case No. 3:18-cv-00252 CWR-FKB, and (2) file, contemporaneously with the complaint or other initiating pleading, a notice setting forth that the case filed or proposed to be filed is, in fact, related to said matter.

SO ORDERED AND ADJUDGED this 20th day of September, 2018.

*s/ Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE