

_____

No. 3:18-CV-252-CWR-FKB

SECURITIES & EXCHANGE COMMISSION,

*Plaintiff*,

v.

ARTHUR LAMAR ADAMS, *et al.*,

*Defendants*.

_____

ORDER APPROVING FEE APPLICATIONS

_____

Before CARLTON W. REEVES, *District Judge*.

The Receiver has presented Fee Applications for the work her team performed between August 2019 and March 2020. In keeping with custom we will call them the eighth through the eleventh Fee Applications. No objections have been filed to any of these Applications.

As the Court has stated in previous orders, "[i]n general, a reasonable fee is based on all circumstances surrounding the receivership." *S.E.C. v. W. L. Moody & Co.*, 374 F. Supp. 465,

480 (S.D. Tex. 1974), *aff'd sub nom.*, 519 F.2d 1087 (5th Cir. 1975).

Over this time period, the Receiver and her team filed new actions, litigated the ongoing suits, reached settlement agreements with defendants and non-parties, and worked to sell the Receivership Estate's assets, among other activities. Litigation (and its commensurate expenses) has slowed as all interested parties await the Fifth Circuit's decision in the Butler Snow appeal. The Receiver has completed her merits brief in that appeal.

The Court has reviewed the Applications and their supporting invoices, provided *in camera*. Based upon this review and all of the circumstances of the Receivership, *see id.*, the Court finds that the Receiver and her team have charged reasonable fees and expenses for their important work on behalf of the Estate. The Applications are therefore approved in their entirety, for a total of $214,815.03.

Finally, the victims of this Ponzi scheme should know that the delay in considering these requests was due to staffing changes within my chambers and not the requests themselves. The Receiver continues to represent the Estate's interests zealously and efficiently.

SO ORDERED, this the 19th day of May, 2020.

s/ CARLTON W. REEVES
*United States District Judge*
